Henrietta Greenspecht, Respondent, v. Franklin A. Seligsberg and Hugo Seligman, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Natale De Rosa, Respondent, v. Jacob Furman and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Neal & Brinker Company, Respondent, v. Horace E. Frick Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Morris I. Goldberg, an Infant, by Samuel Goldberg, Guardian ad Litem, Appellant, v. John J. Regan, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Margaret McDonald, Appellant, v. James McDonald, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Amos Edward Woodruff, Respondent, v. Elinor W. Squier, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Knickerbocker Trust Company, Respondent, v. John H. Stoutenburgh, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Albert von den Driesch, Respondent, v. Frederick Britsch, Appellant, Impleaded with G. A. Suter &. Company. (2 cases.)— Orders affirmed, with ten dollars costs and disbursements. No opinion.

Maurice M. Sternberger and Others, Respondents, v. Abraham B. Keve, Appellant, Impleaded with Albert L. Silberstein. Order affirmed, with ten dollars costs and disbursements. No opinion.

The People of the State of New York ex rel. Richard Schoen, Appellant, v. John S. Shea, as Sheriff of the County of New York, Respondent. John P. Sullivan, Appellant, v. John S. Shea, as Sheriff of the County of New York, Respondent. Thomas Donohue, Appellant, v. John S. Shea, as Sheriff of the County of New York, Respondent.— Orders affirmed, with ten dollars costs and disbursements. No opinion.

Mary F. Mulcahy and Others, Respondents, v. Michael McCloskey, Impleaded with George W. Brewster, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to appellant to amend on terms stated in order. No opinion.

In the Matter of Shenk Realty and Construction Company, Appellant, for an Order Directing Bernhard H. Sandler, an Attorney, Respondent, to Turn over Certain Moneys.— Order affirmed, with ten dollars costs and disbursements. No opinion.

The Elkins Coal and Coke Company, Appellant, v. The Stony Creek Coal and Coke Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Harry C. Beaven, Appellant, v, John Blake White, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.